**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7129

WILLIS ANDREA JONES,

Plaintiff - Appellant,

versus

J. C. BROWN, Durham County Police Officer,

Defendant - Appellee,

and

DURHAM COUNTY POLICE DEPARTMENT,

Defendant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, District Judge. (CA-01-308-1)

Submitted:  June 30, 2005              Decided:  July 26, 2005

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willis Andrea Jones, Appellant Pro Se.  Patrick Warren Baker, CITY ATTORNEY'S OFFICE, Durham, North Carolina, Keith David Burns, Heather Elizabeth Carpenter, FAISON & GILLESPIE, Durham, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willis Andrea Jones appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Jones v. Brown</u>, No. CA-01-308-1 (M.D.N.C. filed June 1 & entered June 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>